## Morris Nelson, a Minor, by Mamie Nelson, his Next Friend, Appellee, v. Bertram A. Stone, Administrator of Estate of Sam Burlow, Deceased, Appellant.

Gen. No. 45,833.

Vogel & Bunge, for appellant; L. H. Vogel, and Robert C. Vogel, of counsel; Colbert & Cherkas, for appellee; Leonard Colbert, and Meyer L. Cherkas, of counsel. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed December 10, 1952; released for publication December 31, 1952.